STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
O: (702) 800-6000
F: (702) 224-2114
ps@stevedimopoulos.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL KANE HOWARD, individually;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-643<br><br>**COMPLAINT**<br>**(DEMAND FOR JURY TRIAL)** |

COMES NOW, Plaintiff, JOEL KANE HOWARD (hereinafter "Plaintiff" or "Mr. Howard"), by and through his counsel of record, STEVE DIMOPOULOS, ESQ. and PAUL A. SHPIRT, ESQ. of the DIMOPOULOS LAW FIRM, and pursuant to the Federal Tort Claims Act and Nevada Law, files his Complaint against the Defendant, The UNITED STATES OF AMERICA, who was operating the federal agency known as the United States Post Office (hereinafter the "POST OFFICE"), and each of them alleges as follows:

**JURISDICTION**

1. This is an action for negligence against the POST OFFICE arising under the Federal Tort Claims Act, 28 U.S.C. §1346(b) and 28 U.S.C. §2671-2680.  This Court has federal question jurisdiction over this action under 28 U.S.C. §1331.

///

2. Venue is proper under 28 U.S.C. §1402(b) as this action has been filed in the jurisdiction where the collision occurred, where the POST OFFICE's negligent acts or omissions occurred, where Plaintiff resided at the time, and where all of Plaintiff's medical treatment took place.

3. Defendant denied Plaintiff's administrative claim on February 9, 2021, thereby affording Plaintiff six months in which to file this Complaint.

4. All conditions precedent to filing this lawsuit against the POST OFFICE, including but not limited to the statutory anti-litem notice requirements of 28 U.S.C. §2675, were complied with prior to the filing of the initial Complaint.

## PARTIES

5. At all times material hereto, Plaintiff JOEL KANE HOWARD was a resident of Clark County, State of Nevada and was and is *sui Juris*.

6. At all times material hereto, the POST OFFICE, a federal agency of the government of the Defendant, UNITED STATES OF AMERICA, employed Kristopher Pinaula Scharff, who was operating a 1989 Gumman LLV-A utility vehicle, in the course and scope of his employment with the POST OFFICE when the collision below occurred.

## GENERAL ALLEGATIONS

7. On or about April 23, 2018, Kristopher Pinaula Scharff, operated a 1989 Grumman LLV-A utility vehicle while working for the POST OFFICE in the course and scope of his employment as a mail carrier.

8. On or about April 23, 2018, Plaintiff was operating his bicycle eastbound in the permissive bicycle lane on Westcliff Drive at the Intersection of Underhill Court.

9. On or about the same day on April 23, 2018, Mr. Scharff was operating the 1989 Gumman LLV-A in his course and scope of his employment as a letter carrier for the U.S. Post Office and was exiting a private drive, located on the north side of Westcliff Drive, approximately 430 feet east of Underhill Court.

///

10. As Mr. Scharff was existing the private drive in his postal vehicle, he failed to see Plaintiff approaching on his bicycle and struck Mr. Howard, propelling him into the air and off his bicycle.

11. As a result of the April 23, 2018, aforementioned motor vehicle accident, Plaintiff suffered severe injuries to several parts of his body and damages well in excess of $189,000.00.

## FIRST CAUSE OF ACTION

### (Negligence – Post Office)

12. Plaintiff hereby repeats, re-alleges, and incorporates by reference each and every allegation set forth in the above paragraphs as though each were set forth herein.

13. POST OFFICE employee, Kristopher Pinaula Scharff, had a duty to operate his POST OFFICE 1989 Grumman LLV-A utility vehicle in a safe and reasonable manner and in accordance with the traffic laws of the State of Nevada.

14. At the time of the collision, Mr. Scharff was operating the subject 1989 Grumman LLV-A utility vehicle while in the course and scope of his employment with the POST OFFICE.

15. Mr. Scharff breached his duty when he operated the 1989 Grumman LLV-A utility vehicle in a negligent, careless, unsafe, and reckless manner, thereby causing a vehicle collision and the cause of said collision was the legal and proximate cause of injuries to Plaintiff.

16. As a direct and proximate result of the negligence of Defendant, POST OFFICE, the Plaintiff suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, significant and permanent scarring, loss of the capacity for enjoyment of life, expenses of hospitalization, medical and nursing care, and treatment, enhanced medical insurance costs, loss of earnings, loss of the ability to earn money, and/or aggravation of a previously existing condition. All these losses are either permanent or continuing in nature and the Plaintiff will continue to suffer these losses into the future.

17. That Plaintiff has been required to retain the services of an attorney and has incurred costs of the suit herein.

///

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff, JOEL KANE HOWARD, demands judgment against Defendant, UNITED STATES OF AMERICA, who was operating the federal agency known as the United States Post Office, as follows:

1. For general damages according to proof;

2. For special damages according to proof;

3. For pre-judgment and post-judgment interest as allowed by law;

4. For costs of suit incurred herein; and

5. For such other and further relief as this Court may deem just and proper.

DATED this 20th of April, 2021.

**DIMOPOULOS INJURY LAW**

By: _____
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*