LIPSON NEILSON P.C.
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
dclark@lipsonneilson.com

*Attorneys for Harris Law Firm*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOEL KANE HOWARD, individually,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00643-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ADJUDICATE HARRIS LAW FIRM'S CHARGING LIEN PURSUANT TO NRS 18.015 (ECF NO. 18)  [FIRST REQUEST]** |

Plaintiff, Joel Kane Howard, by and through his attorneys, Dennis L. Kennedy, Joshua P. Gilmore and Rebecca L. Crooker of Bailey Kennedy; and Harris Law Firm, by and through its attorneys, David A. Clark of Lipson Neilson P.C., hereby stipulate and agree that Harris Law Firm shall have through and including March 11, 2022, within which to file and serve its Response to Plaintiff's Motion to Adjudicate Harris Law Firm's Charging Lien Pursuant to NRS 18.015 ("Motion") [ECF No. 18].  This is the first request for an extension from the original due date of March 4, 2022.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is to provide Harris Law Firm and its counsel additional time to review the allegations and claims in the Motion. The Parties have therefore agreed to an extension of time for Harris Law Firm to file its response.

///

///

The Parties have entered into this agreement in good faith and not for purposes of delay.

DATED this 3rd day of March, 2022.

| LIPSON NEILSON P.C. | BAILEY KENNEDY |
|---|---|
| /s/ David A. Clark<br>DAVID A. CLARK<br>Nevada Bar No. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Harris Law Firm* | /s/ Joshua P. Gilmore<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>JOSHUA P. GILMORE<br>Nevada Bar No. 11576<br>REBECCA L. CROOKER<br>Nevada Bar No. 15202<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br><br>*Attorneys for Plaintiff Joel Kane Howard and Steve Dimopolous, LLC, as their interests may appear* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:21-cv-643

DATED: _ March 3rd, 2022  _____

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LIPSON NEILSON P.C., and on the 3rd day of March, 2022, I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ADJUDICATE HARRIS LAW FIRM'S CHARGING LIEN PURSUANT TO NRS 18.015 (ECF NO. 18) [FIRST REQUEST]** on the following parties by electronic transmission through the Court's e-filing and service program, or via U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Dennis L. Kennedy, Esq.<br>Joshua P. Gilmore, Esq.<br>Rebecca L. Crooker, Esq.<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br><br>*Attorneys for Plaintiff Joel Kane Howard and Steve Dimopoulos, LLC* | Christopher Chiou<br>Acting United States Attorney<br>Skyler H. Pearson<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Ste. 1100<br>Las Vegas, NV 89101<br><br>*Attorneys for United States* |
| Steve Dimopoulos<br>DIMOPOULOS LAW FIRM<br>6671 South Las Vegas Blvd., Suite 275<br>Las Vegas, NV 89119<br>*(Via U.S. Mail)* | |

*/s/ Michele Stones*
An Employee of LIPSON NEILSON P.C.