LIPSON NEILSON P.C.
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
dclark@lipsonneilson.com

*Attorneys for Harris Law Firm*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOEL KANE HOWARD, individually,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-643<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ADJUDICATE HARRIS LAW FIRM'S CHARGING LIEN PURSUANT TO NRS 18.015 (ECF NO. 18) [SECOND REQUEST]** |

Plaintiff, Joel Kane Howard, by and through his attorneys, Dennis L. Kennedy, Joshua P. Gilmore and Rebecca L. Crooker of Bailey Kennedy; and Harris Law Firm, by and through its attorneys, David A. Clark of Lipson Neilson P.C., hereby stipulate and agree that Harris Law Firm shall have through and including March 25, 2022, within which to file and serve its Response to Plaintiff's Motion to Adjudicate Harris Law Firm's Charging Lien Pursuant to NRS 18.015 ("Motion") [ECF No. 18]. This is the second request for an extension from the original due date of March 4, 2022.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is to provide Harris Law Firm and its counsel additional time to review the allegations and claims in the Motion. Counsel for Harris Law Firm has been managing a family medical crisis for the past 30 days and has asked for the extension in light of the personal time constraints. The Parties have therefore agreed to an extension of time for Harris Law Firm to file its response.

The Parties have entered into this agreement in good faith and not for purposes of delay.

DATED this 9th day of March, 2022.

| LIPSON NEILSON P.C. | BAILEY KENNEDY |
|---|---|
| */s/ David A. Clark*<br>DAVID A. CLARK<br>Nevada Bar No. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Harris Law Firm* | */s/ Joshua P. Gilmore*<br>DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>JOSHUA P. GILMORE<br>Nevada Bar No. 11576<br>REBECCA L. CROOKER<br>Nevada Bar No. 15202<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br><br>*Attorneys for Plaintiff Joel Kane Howard and Steve Dimopolous, LLC, as their interests may appear* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:21-cv-643

DATED: March 9, 2022