1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSHUA P. GILMORE
   Nevada Bar No. 11576
3  REBECCA L. CROOKER
   Nevada Bar No. 15202
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
6  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
7  JGilmore@BaileyKennedy.com
   RCrooker@BaileyKennedy.com
8
   *Attorneys for Plaintiff* Joel Kane Howard
9  and Steve Dimopoulos, LLC, as their interests
   may appear

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOEL KANE HOWARD, individually,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive, and ROE CORPORATIONS 1-20, inclusive,<br><br>                Defendants. | Case No.  2:21-cv-00643-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO ADJUDICATE HARRIS LAW FIRM'S CHARGING LIEN PURSUANT TO NRS 18.015 [ECF NO. 18]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1(a), Plaintiff, Joel Kane Howard, by and through his attorneys, Dennis L. Kennedy, Joshua P. Gilmore and Rebecca L. Crooker of Bailey❖Kennedy; and, Harris Law Firm, by and through its attorneys, David A. Clark of Lipson Neilson P.C., hereby stipulate and agree that Plaintiff shall have through and including April 8, 2022, within which to file and serve his Reply in Support of Plaintiff's Motion to Adjudicate Harris Law Firm's Charging Lien Pursuant to NRS 18.015 [ECF No. 18].  This is the first request for an extension from the original due date of April 1, 2022.

/ / /

1  Due to scheduling conflicts for Plaintiff's counsel, the Parties have agreed to an extension of
2  time for Plaintiff to file his reply.

3  The Parties have entered this stipulation in good faith and not for purposes of delay.

4  DATED this 30th day of March, 2022.

5  BAILEY❖KENNEDY                                    LIPSON NEILSON P.C.

7  By: */s/* JOSHUA P. GILMORE                       By: */s/* DAVID A. CLARK
       DENNIS L. KENNEDY                                  DAVID A. CLARK
8      JOSHUA P. GILMORE                                  Nevada Bar No. 4443
       REBECCA L. CROOKER                                 9900 Covington Cross Drive, Ste. 120
9                                                         Las Vegas, Nevada 89144
   *Attorneys for Plaintiff* Joel Kane Howard and
10 Steve Dimopoulos, LLC, as their interests         *Attorneys for Defendant*
   may appear                                        Harris Law Firm

**ORDER**

**IT IS SO ORDERED.**

Dated: March 30th, 2022

_____
UNITED STATES MAGISTRATE JUDGE