JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually, | Case No. 2:21-cv-00643-APG-EJY |
| Plaintiff, | **Stipulation to Extend Time to Submit Confidential Written Evaluation Statements** |
| v. | |
| United States of America; DOE Individuals 1-20, inclusive, and ROE Corporations 1-20, inclusive, | |
| Defendants. | |

Plaintiff Joel Kane Howard, and Defendant the United States of America, through counsel of record, stipulate and request that the Court extend the deadline to submit the parties' Confidential Written Evaluation Statements until 4:00 P.M. on Monday, August 28, 2023.

This extension is sought in good faith and for the following reason: Counsel for the Defendant and his family have experienced unexpected sickness that has cause him to be out of the office for longer than expected. Respective counsel for the parties have a good working relationship and have agreed to this request. This additional time will allow the parties sufficient time to submit helpful statements to the Court.

//

//

Accordingly, the parties respectfully request that the deadline to submit Confidential Written Evaluation Statements be extended until 4:00 p.m. on Monday August 28, 2023.

Respectfully submitted this 22nd day of August 2023.

*/s/ Skyler H. Pearson*
Skyler H. Pearson, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorney for Defendant*

**DIMOPOULOS INJURY LAW**
*/s/Paul A. Shpirt*
Paul A. Shpirt Esq.
Nevada Bar No. 10441
6671 South Las Vegas Blvd Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**_____ August 23, 2023

2