| | |
|---|---|
| 1 | PAUL A. SHPIRT, ESQ.<br>Nevada Bar No. 10441 |
| 2 | DIMOPOULOS INJURY LAW |
| 3 | 6671 South Las Vegas Boulevard, Suite 275<br>Las Vegas, Nevada 89119 |
| 4 | O: (702) 800-6000<br>F: (702) 224-2114 |
| 5 | ps@stevedimopoulos.com<br>*Attorney for Plaintiff* |




**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL KANE HOWARD, individually;<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>   Defendants. | CASE NO.: 2:21-cv-00643-APG-EJY<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT THE [PROPOSED] JOINT PRETRIAL ORDER (SECOND REQUEST)** |

Plaintiff, JOEL KANE HOWARD and Defendant, the UNITED STATES OF AMERICA, by and through their respective counsel of record, stipulate and request that the Court extend the deadline to submit the parties' proposed joint pretrial order by an additional sixty (60) days, until April 8, 2024.

This extension is sought in good faith and due to the parties' continued efforts to work towards settlement. This additional time will allow the parties sufficient time to continue settlement discussions. Respective counsel for the parties have agreed to this request.

///

///

///

Accordingly, the parties respectfully request that the deadline to submit a proposed joint pretrial order be extended by sixty (60) days, until April 8, 2024.

DATED this 8th day of February 2023.

**DIMOPOULOS INJURY LAW**

_____
Paul A. Shpirt, Esq.
Nevada Bar No. 10441
6671 South Las Vegas Blvd, Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

DATED this 8th day of February 2024.

/s/ Skyler H. Pearson, Esq.
_____
Skyler H. Pearson, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorney for Defendant*

IT IS SO ORDERED.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2024