JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually, | Case No. 2:21-cv-00643-APG-EJY |
| Plaintiff, | **Stipulation to Extend Time to Submit the ~~[Proposed]~~ Joint Pretrial Order** |
| v. | |
| United States of America; DOE Individuals 1-20, inclusive, and ROE Corporations 1-20, inclusive, | **(Third Request)** |
| Defendants. | |

Plaintiff Joel Kane Howard, and Defendant the United States of America, through counsel of record, stipulate and request that the Court extend the deadline to submit the parties' proposed joint pretrial order by an additional sixty (60) days, until **June 7, 2024**.

This extension is sought in good faith and due to the parties' continued efforts to work towards settlement. This additional time will allow the parties sufficient time to continue settlement discussions, including exchanging additional offers and working with their clients with respect to those offers. Respective counsel for the parties have a good working relationship and have agreed to this request.

///

///

///

///

1    Accordingly, the parties respectfully request that the deadline to submit a proposed

2   joint pretrial order be extended by sixty (60) days, until **June 7, 2024**.

3    Respectfully submitted this 4th day of April 2024.

5   */s/ Skyler H. Pearson*
    Skyler H. Pearson, Esq.
6   Assistant United States Attorney
    501 Las Vegas Blvd. So., Suite 1100
7   Las Vegas, Nevada 89101
    *Attorney for Defendant*
8

    **DIMOPOULOS INJURY LAW**
    */s/ Paul A. Shpirt*
    Paul A. Shpirt Esq.
    Nevada Bar No. 10441
    6671 South Las Vegas Blvd Suite 275
    Las Vegas, Nevada 89119
    *Attorney for Plaintiff*

10  **IT IS SO ORDERED**

    **UNITED STATES MAGISTRATE JUDGE**

    **DATED:** _April 5, 2024_