JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually, | Case No. 2:21-cv-00643-APG-EJY |
| Plaintiff, | |
| v. | **Stipulation to Extend Time to Submit the [Proposed] Joint Pretrial Order** |
| United States of America; DOE Individuals 1-20, inclusive, and ROE Corporations 1-20, inclusive, | **(Fourth Request)** |
| Defendants. | |

Plaintiff Joel Kane Howard, and Defendant the United States of America, through counsel of record, stipulate and request that the Court extend the deadline to submit the parties' proposed joint pretrial order by an additional fourteen (14) days, until **June 21, 2024**.

This extension is sought in good faith and due to Plaintiff's counsel's travel schedule. The parties have exchanged drafts of a proposed joint pretrial order and are working on finishing it up. Respective counsel for the parties have a good working relationship and have agreed to this request.

///

///

///

///

Accordingly, the parties respectfully request that the deadline to submit a proposed joint pretrial order be extended by fourteen (14) days, until **June 21, 2024**.

Respectfully submitted this 6th day of June 2024.

| | |
|---|---|
| */s/ Skyler H. Pearson*<br>Skyler H. Pearson, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | **DIMOPOULOS INJURY LAW**<br>*/s/ Paul A. Shpirt*<br>Paul A. Shpirt Esq.<br>Nevada Bar No. 10441<br>6671 South Las Vegas Blvd Suite 275<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 6, 2024