JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
virginia.tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>     Plaintiff,<br><br>v.<br><br>United States of America; DOE Individuals 1-20, inclusive, and ROE Corporations 1-20, inclusive,<br><br>     Defendants. | Case No. 2:21-cv-00643-APG-EJY<br><br>**Stipulation to Extend Time to Submit the [Proposed] Joint Pretrial Order**<br><br>**(Fifth Request)** |

   Plaintiff Joel Kane Howard, and Defendant the United States of America, through counsel of record, stipulate and request that the Court extend the deadline to submit the parties' proposed joint pretrial order by an additional thirty (30) days, until **July 22, 2024**.

   This extension is sought in good faith and due to Plaintiff's counsel's trial schedule. Plaintiff's counsel just completed a trial and begins another one on Monday June 24, 2024. The parties have exchanged drafts of a proposed joint pretrial order but have been unable, due to Plaintiff's counsel's travel and trial schedule to touch base on various issues that may require additional discussion. Such items include proposed exhibits and witnesses. Respective counsel for the parties have a good working relationship and have agreed to this request.

///

///

Accordingly, the parties respectfully request that the deadline to submit a proposed joint pretrial order be extended by an additional thirty (30) days, until **July 22, 2024**.

Respectfully submitted this 20th day of June 2024.

| | |
|---|---|
| */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar No. 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | **DIMOPOULOS INJURY LAW**<br>*/s/ Paul A. Shpirt*<br>PAUL A. SHPIRT<br>Nevada Bar No. 10441<br>6671 South Las Vegas Blvd Suite 275<br>Las Vegas, Nevada 89119<br>*Attorney for Plaintiff* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: June 21, 2024**