1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3
4  VIRGINIA T. TOMOVA
   Assistant United States Attorney
   Nevada Bar No. 12504
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   virginia.tomova@usdoj.gov
7
   *Attorneys for the United States*
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America; DOE Individuals 1-20, inclusive, and ROE Corporations 1-20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00643-APG-EJY<br><br>**Stipulation to Extend Time to Submit the [Proposed] Joint Pretrial Order**<br><br>**(Sixth Request)** |

Plaintiff Joel Kane Howard, and Defendant the United States of America, through counsel of record, stipulate and request that the Court extend the deadline to submit the parties' proposed joint pretrial order by an additional thirty (30) days, until **August 22, 2024**.

This extension is sought in good faith and due to Plaintiff's counsel's trial schedule. Plaintiff's counsel is currently in trial at the Eighth Judicial District Court, in a case titled *Morrisson v. Gallo* before Judge Timothy Williams. The trial is expected to continue until next Wednesday, July 24, 2024. The current deadline to submit the joint pre-trial order is July 22, 2024, which falls in the middle of plaintiff counsel's trial. The parties have exchanged drafts of a proposed joint pretrial order but have been unable, due to Plaintiff's counsel's trial schedule, to touch base on various issues that may require additional discussion. Such items include proposed exhibits and witnesses. Respective counsel for the parties have a good working relationship and have agreed to this request.

Accordingly, the parties respectfully request that the deadline to submit a proposed joint pretrial order be extended by an additional thirty (30) days, until **August 22, 2024**.

Respectfully submitted this 18th day of July 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

**DIMOPOULOS INJURY LAW**
*/s/ Paul A. Shpirt*
PAUL A. SHPIRT
Nevada Bar No. 10441
6671 South Las Vegas Blvd Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

IT IS SO ORDERED; provided, however, no further extensions will be granted absent extraordinary unforeseen circumstances.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2024