1 | DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY✦KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Plaintiff* Joel Kane Howard
and Steve Dimopoulos, LLC, as their interests
may appear

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOEL KANE HOWARD, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive, and ROE CORPORATIONS 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00643-APG-EJY<br><br>**MOTION TO REMOVE ATTORNEY REBECCA L. CROOKER FROM ELECTRONIC SERVICE LIST** |

Pursuant to LR IA 11-6, Plaintiff Joel Kane Howard and his counsel, Steve Dimopoulos, LLC, by and through their counsel, the law firm of Bailey✦Kennedy, as their interests may appear, hereby move this Court for an order removing attorney Rebecca L. Crooker from all service lists, including the Court's electronic notification list, in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Crooker is no longer employed by Bailey❖Kennedy. Accordingly, electronic notices of filings on this case should no longer be directed to her. Plaintiff Joel Kane Howard and his counsel, Steve Dimopoulos, LLC, will continue to be represented in this case by Dennis L. Kennedy, Esq. and Joshua P. Gilmore, Esq. of Bailey❖Kennedy, as their interests may appear.

DATED this 28th day of February, 2025.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY
JOSHUA P. GILMORE

*Attorneys for Plaintiff* Joel Kane Howard and Steve Dimopoulos, LLC, as their interests may appear

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: March 3, 2025