SUE P. FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
virginia.tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:21-cv-00643-APG-EJY<br><br>**Stipulation and Order to Continue Trial**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Joel Kane Howard, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin May 19, 2025, to the week of August 4, 2025, the week of August 25, 2025, or a date thereafter which fits the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

Undersigned counsel for the United States will have an out of state medical procedure in April which will require subsequent medical follow-up visits throughout both April and May. These circumstances will not give enough time for the parties to prepare for trial in May. Accordingly, the parties respectfully request that the Court continue the trial to the week of August 4, 2025, the week of August 25, 2025, or a date thereafter which fits the Court's calendar.

///

///

1        Respectfully submitted this 26th day of March 2025.

2

3    SUE P. FAHAMI
     Acting United States Attorney                    **DIMOPOULOS INJURY LAW**

4

     _/s/ Virginia T. Tomova_                         _/s/   Paul A. Shpirt_
5    VIRGINIA T. TOMOVA                               PAUL A. SHPIRT
     Assistant United States Attorney                 Nevada Bar No. 10441
6    Nevada Bar No. 12504                             6671 South Las Vegas Blvd Suite 275
     501 Las Vegas Blvd. So., Suite 1100              Las Vegas, Nevada 89119
7    Las Vegas, Nevada 89101                          _Attorney for Plaintiff_
8    _Attorneys for the United States_

9

10        **IT IS ORDERED** that the May 19, 2025, trial setting be vacated and continued to

11   September 22, 2025, at 9:00 a.m. The calendar call scheduled for May 13, 2025, be vacated

     and continued to September 16, 2025, at 9:00 a.m. and the April 29, 2025, trial scheduling
12
     conference be vacated and continued to September 2, 2025, at 9:00 a.m., all before Chief
13
     Judge Andrew P. Gordon in Las Vegas Courtroom 6C.
14

     IT IS SO ORDERED:
15

     Dated:   March 27, 2025
16

17   _____
     ANDREW P. GORDON
18   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2