SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
virginia.tomova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually, | Case No. 2:21-cv-00643-APG-EJY |
| Plaintiff, | **Stipulation and Order to Continue Trial** |
| v. | **(Second Request)** |
| United States of America, | |
| Defendant. | |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Joel Kane Howard, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin September 22, 2025 (ECF No. 71), to the week of October 27, 2025, or a date thereafter which fits the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the second request to continue the trial.

/ / /

/ / /

/ / /

/ / /

Counsel for the United States learned that she will be out of the country in September which interferes with the current September 22, 2025, trial date. Accordingly, the parties respectfully request that the Court continue the trial to the week of October 27, 2025, or a date thereafter which fits the Court's calendar.

Respectfully submitted this 23rd day of June 2025.

SIGAL CHATTAH
United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

**DIMOPOULOS INJURY LAW**

/s/ Paul A. Shpirt
PAUL A. SHPIRT
Nevada Bar No. 10441
6671 South Las Vegas Blvd Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

**IT IS ORDERED** that the September 22, 2025, trial date and September 17, 2025, calendar call are vacated and continued to calendar call November 12, 2025 at 9:00 a.m. and trial November 17, 2025 at 9:00 a.m. All in Courtroom 6C.

IT IS SO ORDERED:

Dated: June 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE