| | |
|---|---|
| 1 | PAUL A. SHPIRT, ESQ. |
|   | Nevada Bar No. 10441 |
| 2 | DIMOPOULOS INJURY LAW |
|   | 400 S. 7th Street, Suite 400 |
| 3 | Las Vegas, Nevada 89101 |
|   | O: (702) 800-6000 |
| 4 | F: (702) 224-2114 |
|   | ps@stevedimopoulos.com |
| 5 | *Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL KANE HOWARD, individually; | CASE NO.: 2:21-cv-00643-APG-EJY |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | **STIPULATION AND ORDER TO CONTINUE TRIAL (THIRD REQUEST)** |
| Defendants. | |



DIMOPOULOS INJURY LAW

Pursuant to LR 26-3, the parties, by and through their respective counsel of record, stipulate and request that this Court continue the jury trial currently scheduled to begin November 17, 2025, to the week of February 16, 2026, or a date thereafter which fits the Court's calendar. This request for continuance is made in good faith and not for any improper delay. This is the third request to continue trial.

The reason for the request is, in part, due to the U.S. government being in furlough status, which are circumstances outside of the parties' control. Additionally, the parties have a settlement conference currently set for December 2, 2025.

///

///

///

Page 1 of 2

Respectfully submitted this 21st day of October 2025.

DATED this 21st day of October 2025.

DATED this 21st day of October 2025.

**DIMOPOULOS INJURY LAW**

_____
Paul A. Shpirt, Esq.
Nevada Bar No. 10441
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

/s/ *Virginia Tomova*_____
Virginia T. Tomova, Esq.
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorney for Defendant*

ORDER

IT IS ORDERED that the November 17, 2025, trial date and November 12, 2025, calendar call are vacated and continued to calendar call March 3, 2026 at 9:00 a.m. and jury trial March 9, 2026 at 9:00 a.m. All in Las Vegas Courtroom 6C.

IT IS SO ORDERED:

Dated: October 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE