TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joel Kane Howard, individually, | Case No. 2:21-cv-00643-APG-EJY |
| Plaintiff, | **Stipulation and Order to Continue Trial** |
| v. | **(Fourth Request)** |
| United States of America, | |
| Defendant. | |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Joel Kane Howard, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin March 9, 2026, to the week of May 11, 2026, or a date thereafter which fits the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This request for a continuance is made in good faith and not for any improper delay. This is the fourth request to continue the trial.

Undersigned counsel for the United States has only recently joined the U.S. Attorney's office and recently been assigned to this case. These circumstances will not give enough time for the parties to prepare for trial in March.

/ / /

/ / /

Accordingly, the parties respectfully request that the Court continue the trial to the week of May 11, 2026, or thereafter.

Respectfully submitted this 6th day of February 2026.

DIMOPOULOS INJUARY LAW

/s/  Paul A. Shpirt
PAUL A. SHPIRT
6671 South Las Vegas Blvd.
Suite 275
Las Vegas, Nevada 89119

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/  Nathan M. Claus
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for the United States*

**ORDER**

IT IS ORDERED that the Trial Scheduling Conference set for February 17, 2026, the Calendar Call set for March 3, 2026, and the Jury Trial set for March 9, 2026, are VACATED and RESET as follows: Trial Scheduling Conference on July 28, 2026, at 9:00 a.m.; Calendar Call on August 11, 2026, at 9:00 a.m.; and Jury Trial on August 17, 2026, at 9:00 a.m., all in Las Vegas Courtroom 6C.

IT IS SO ORDERED:

Dated:_February 9, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2