TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:21-cv-00643-APG-EJY<br><br>**Order Related to Briefing on Site Visit**<br><br>[**ECF No. 94**] |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Joel Kane Howard, and Defendant United States of America, through counsel of record, stipulate and request that the Court extend the date for Defendant to submit either a stipulation or motion related to a potential site visit from August 7, 2026 to **August 11, 2026**. Plaintiff's response deadline, if needed, will remain the same at August 14, 2026.

Defendant is finalizing the details on a potential site visit, including getting the Postal Office vehicle present for the visit, but will need a couple additional days to get the needed approvals. The parties have a meeting set for Monday, August 10, 2026 where they will discuss the site visit, along with other matters.

//

//

//

The parties jointly make this request to complete this process.

Respectfully submitted this 6th day of August 2026.

DIMOPOULOS INJUARY LAW

*/s/ Paul A. Shpirt*
PAUL A. SHPIRT
6671 South Las Vegas Blvd.
Suite 275
Las Vegas, Nevada 89119

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
RUSSELL WEBB
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 5, 2026