TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:21-cv-00643-APG-EJY<br><br>**Stipulation and Order for Proposed Site Visit**<br><br>**ECF No. 92** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Joel Kane Howard, and Defendant United States of America, through counsel of record, stipulate and request that allow for a site visit to occur as part of this trial on August 26, 2026. The parties are in agreement with these details below:

1. Plaintiff, Joel Howard, and USPS Driver, Kristofer Scharff, will be allowed to attend the on-site visit. They will be allowed to show the Court their respective positions when the accident occurred and sight viewpoint. Howard will be allowed to show his route on the sidewalk and the parties will show the general location of where Howard was in the street after the collision.

/ / /

2. The on-site visit will be off the record, but the parties will be able to put events or other needed items on the record once the parties arrive back to the Courthouse.
3. The proposed schedule for August 26 will be Kristofer Scharff testifying at 8:30am and immediately after the testimony (which is expected to be under one and a half hours), the court will adjourn to the site. The visit is expected to take 30 minutes at most. After completion, the parties will have their lunch break and will convene back in the court at a time decided by the parties at the site visit.
4. Defendant has gotten approval of the USPS truck that was involved in the subject accident, and it will be present for the site inspection. Only USPS staff may operate the vehicle, but once the vehicle is parked, the Court may sit in the driver seat to view the vantage points.
5. Defendant is the process of requesting a police officer from LVMPD to be present to help direct any traffic concerns.
6. Defendant will be providing water to anyone present for the on-site visit.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties jointly make this request for the on-site visit. The parties are also willing to make any adjustments should the Court request.

Respectfully submitted this 12th day of August 2026.

DIMOPOULOS INJUARY LAW

/s/ Paul A. Shpirt
PAUL A. SHPIRT
6671 South Las Vegas Blvd.
Suite 275
Las Vegas, Nevada 89119

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Nathan M. Claus
NATHAN M. CLAUS
Assistant United States Attorney
RUSSELL WEBB
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 13, 2026