TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:21-cv-00643-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Joint Status Report** |

The parties hereby submit this status report. The medical records from the Steadman Institute were received by Defendant on September 14, 2026. Defendant provided a supplemental disclosure of these records to Plaintiff's counsel on September 15, 2026.

The parties had a phone call on September 16, 2026, and determined that Defendant would need 2 more weeks to complete its review of the new records with its experts to determine the next course of action with this case. The parties also discussed trial continuances dates and the parties' first joint opening for a trial date would be the first week of November or sometime starting in December.[1] The parties will be reaching out to

[1] Defendant's counsel will be in trial in October 19-22 and Plaintiff's counsel is in multiple trials in November after the first week.

their experts to see if that timeframe works and will have an answer within 2 weeks. The parties are in agreement that they believe only two days would be required with likely one full day with experts and then a partial morning for closings.

Based upon this, the parties jointly request that they be allowed to submit another status report to this court within 2 weeks.

Respectfully submitted this 16th day of September 2026.

DIMOPOULOS INJUARY LAW

*/s/ Paul A. Shpirt*
PAUL A. SHPIRT
6671 South Las Vegas Blvd.
Suite 275
Las Vegas, Nevada 89119

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
RUSSELL WEBB
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 17, 2026