TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Kane Howard, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:21-cv-00643-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Joint Status Report** |

The parties hereby submit this status report. The parties have met and discussed the status of the case. At this time, the parties are ready to complete the trial. The parties have discussed the remaining time for the trial, and they believe that it will need two more days of trial.

The parties discussed availability of their schedules and the remaining witnesses, and the parties would thus request to be placed for a set of dates in December or on the December trial stack of this court.

//

//

//

//

The partes would also request that if the court set this matter for specific trial dates, that those dates be in the first two weeks of December.

Respectfully submitted this 1st day of October 2026.

DIMOPOULOS INJUARY LAW

*/s/ Paul A. Shpirt*
PAUL A. SHPIRT
6671 South Las Vegas Blvd.
Suite 275
Las Vegas, Nevada 89119

*Attorney for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
RUSSELL WEBB
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED: t**he Bench Trial in this matter is set for December 1, 2026 and December 2, 2026 at 9:00 a.m. in Las Vegas Courtroom 6C.

IT IS SO ORDERED:

Dated: October 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE